**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Fax: (480) 897-1461

Harold E. Campbell
State Bar No. 005160
Nicole Smith
State Bar No. 029316
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11  Proceeding |
| JOSEPH S. RUBANOW, | Case No. 2:09-bk-31200-SSC |
| Debtor. | |

| | |
|---|---|
| JOSEPH S. RUBANOW, | Adversary No. 2:-ap-01512-SSC |
| Plaintiff, | |
| vs. | |
| STEARNS BANK, N.A., and COPPER STAR BANK, N.A. | |
| Defendants. | |

## COMPLAINT

Plaintiff, Joseph S. Rubanow, by and through his attorneys, Campbell & Coombs P.C., hereby states for his complaint as follows:

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; 11 U.S.C. § 506(a), 11 U.S.C. § 1123(b)(5) and Rule 7001 et seq. Rules of Bankruptcy Procedure.  This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), 157 § (b)(2)(B), and 157 (b)(2)(K).

2.  Plaintiff resides in Maricopa County, Arizona and is the Debtor in the above captioned Chapter 11 Proceeding.

3.  Defendants, Stearns Bank, N.A. ("Stearns"), upon information and belief, is licensed to do, write and make residential mortgage loans in the State of Arizona. Copper Star Bank, N.A.

("Copper Star") has failed and was acquired by Stearns Bank, N.A. in 2012. This Complaint pertains to the secured claim of Stearns as listed in Debtor's Schedule D as "Copperstar Bank" filed with the Court on January 20, 2010, (hereinafter "Second Mortgage").

4. Plaintiff filed a voluntary Chapter 11 Petition on December 3, 2009, in the District of Arizona Case No. 2:09-bk-31200-SSC.

5. Plaintiff, at the time of the filing of his case, is the owner of certain real property located at 10035 E Hillview Street in Mesa, Arizona (the "Property") with a legal description as follows:

> That part of the Northwest quarter of the Southwest quarter of Section 11 and a portion of the Northeast quarter of the Southeast quarter of Section 10, Township 1 North, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> COMMENCING at the Southwest corner of said Section 11, also known as the Southeast corner of said Section 10; Thence North 00 degrees 00 minutes 00 seconds, East along the West line of Section 11 and the East line of said Section 10, a distance of 1826.46 (record) 1826.85 (measured) feet; Thence North 89 degrees 55 minutes 07 seconds (record) North 89 degrees 55 minutes, 57 seconds (measured) East, 352.67 feet to the POINT OF BEGINNING; Thence North 89 degrees, 55 Minutes, 07 Seconds (record) North 89 degrees 55 minutes 57 seconds (measured) East, 153.67 feet; Thence South 00 degrees, 00 minutes, 00 seconds West parallel with and 506.34 feet East of the West line of said Section 11, 292.04 (record) 291.99 (measured) feet; Thence South 89 degrees, 54 minutes, 55 seconds (record) South 89 degrees 56 minutes 51 seconds (measured) West, 153.67 feet; Thence North 00 degrees 00 minutes 00 seconds East parallel with and 352.67 feet East of the West line of said Section 11,292.05 (record) 291.95 (measured) feet to the POINT OF BEGINNING.

6. The Plaintiff believes that the Property has a fair market value of $450,000.00. See **Exhibit "A"** attached hereto and incorporated herein by this reference.

7. The Property is subject to a first mortgage lien in favor of BankUnited FSB, which was duly recorded. Per BankUnited FSB's proof of claim, filed on February 10, 2010, the payoff amount is $1,063,706.10.

8. Plaintiff asserts that after applying the first mortgage lien of BankUnited FSB that

2

there is no equity remaining for which Defendants' Second Mortgage lien to attach to.

| Value of the Property | $450,000.00 |
| Less: First Mortgage Lien | $1,063,706.10 |
| Available Equity for Second Lien | (Negative $613,706.10) |

9. Plaintiff asserts that pursuant to 11 U.S.C. §§506(a)(1) and 506(d), Defendants' Second Mortgage claim is totally unsecured and its lien (Deed of Trust) upon the Debtor's real property is void.

**WHEREFORE,** Plaintiff prays that this Court find in favor of the Plaintiff and Orders the following:

a. That there is insufficient equity for Defendants' Second Mortgage lien to attach and that Defendant's Second Mortgage lien is totally unsecured and void.

b. That this Court order the Defendants to cancel and release the Second Mortgage lien on the residential real estate of the Debtor pursuant to 11 U.S.C. Section 506(d), immediately upon the entry of the Discharge Order and deliver a copy of the release to the attorney for the Debtor within 20 days from the date of the discharge at no charge or fee for the release and delivery.

c. That the Order of this Court may be recorded and the same shall have the effect of voiding the Second Mortgage lien on the public records.

d. That Plaintiff recover any relief that this Court deems justified and appropriate.

**RESPECTFULLY SUBMITTED**: this 24th day of August, 2012.

**CAMPBELL & COOMBS, P.C.**

By: _/s/ Nicole Smith (029316)_
Nicole Smith
Attorney for Plaintiff/Debtor

3

# EXHIBIT "A"

4

Homes    Arizona    Maricopa    City

Views: 1,131

Beware of rental scams! Wire transfers and long-distance inquiries are red flags. More info

**10035 E Hillview St**

For Rent:    **$3,450/mo**

Rent
Zestimate®:    $2,802/mo

598 is a bad score, what's your score?

| | |
|---|---|
| Beds: | 5 |
| Baths: | 4.5 |
| Sqft: | 5,200 |
| Lot: | 44,866 sq ft / 1.03 acres |
| Type: | Single Family |
| Year built: | 2006 |
| Last sold: | January 10 2006 for $400,000 |
| Parking: | Garage |
| Availability: | now |
| Lease term: | ContactForDetails |
| Cooling: | Central |
| On Zillow: | 355 days |

More facts



Stunning eco-friendly 5BD/4.5BA home in a private gated cul de sac. Chefs dream with a stainless steel gas range, a sub-zero refrigerator, espresso machine, a wine fridge, knotty alder cabinets, walk in pantry, 3&amp;quot; granite counters, island, vaulted bamboo ceiling &amp;amp; flooring. Intercom... More

Save        E-mail        Edit        Share                    Map        Print

## Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate | $465,400 | $363K – $833K | +$11,100 | $89 | 01/10/2012 |
| Rent Zestimate | $2,802/mo | $2K – $3.6K/mo | -$2 | $0.54 | 01/06/2012 |

Rent Zestimate : Rent amount : Zestimate : more                    1 year  **5 years**  10 years

## Price History

See Your 2012 Credit Scores Free!

| Date | Description | Price | % Chg | $/sqft | Source |
|---|---|---|---|---|---|
| 11/14/2008 | Listing removed | $2,150,000 | -- | $413 | NCI |
| 05/29/2008 | Listed for sale | $2,150,000 | 438% | $413 | NCI |
| 01/10/2006 | Sold | $400,000 | -- | $76 | Public Record |

Zillow Mobile                    Download the #1 Real Estate app