1  **CAMPBELL & COOMBS, P.C.**
   1811 S. Alma School Road, Suite 225
2  Mesa, Arizona 85210
   (480) 839-4828
3  Fax: (480) 897-1461

4  Harold E. Campbell
   State Bar No. 005160
5  Nicole Smith
   State Bar No. 029316
6  *Attorney for Debtors*

7                    IN THE UNITED STATES BANKRUPTCY COURT

8                          FOR THE DISTRICT OF ARIZONA

9

10 In re:                                    Chapter 11 Proceeding
11
   JOSEPH S. RUBANOW,                        Case No. 2:09-bk-31200-SSC
12
                Debtor,                      Adversary No. 2:12-ap-01512-SSC
13

14

15
   JOSEPH S. RUBANOW,
16
                Plaintiff,
17
   vs.
18
   STEARNS BANK, N.A., and COPPER STAR
19 BANK, N.A.
20             Defendants.

21

22        **STIPULATED ORDER REGARDING AVOIDANCE OF 2ND LIEN**

23        This matter comes before the Court pursuant to an Adversary Complaint filed by Debtor,

24 Joseph S. Rubanow, filed on August 29, 2012. Through this Stipulated Order, Debtor and Stearns

25 Bank, N.A. ("Stearns") have agreed to entry of an order avoiding Stearns' junior Lien position

26 Deed of Trust on the Debtor's Residence located at 10035 E Hillview Street in Mesa, Arizona

(the "Property"), subject to the terms and conditions stated herein. Joseph S. Rubanow and Stearns have reached the agreement set forth herein for mutual consideration, and in the respective judgment of the Debtor, for the benefit of the bankruptcy estate.

In relation to this matter, the Court FINDS and CONCLUDES as follows:

1. Joseph S. Rubanow filed an Adversary Complaint on August 29, 2012;

2. The allegations in the Adversary Compliant are deemed true and accurate.

**IT IS THEREFORE ORDERED**, declaring Defendants' second position Deed of Trust which was recorded in Maricopa County on or about June 3, 2008, as document number 2008-0490723, and Defendants' corresponding claim, to be an allowed unsecured and of no further force and effect as a secured lien against the property located at 10035 E Hillview Street in Mesa, Arizona with a legal description as follows:

That part of the Northwest quarter of the Southwest quarter of Section 11 and a portion of the Northeast quarter of the Southeast quarter of Section 10, Township 1 North, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:

COMMENCING at the Southwest corner of said Section 11, also known as the Southeast corner of said Section 10; Thence North 00 degrees 00 minutes 00 seconds, East along the West line of Section 11 and the East line of said Section 10, a distance of 1826.46 (record) 1826.85 (measured) feet; Thence North 89 degrees 55 minutes 07 seconds (record) North 89 degrees 55 minutes, 57 seconds (measured) East, 352.67 feet to the POINT OF BEGINNING; Thence North 89 degrees, 55 Minutes, 07 Seconds (record) North 89 degrees 55 minutes 57 seconds (measured) East, 153.67 feet; Thence South 00 degrees, 00 minutes, 00 seconds West parallel with and 506.34 feet East of the West line of said Section 11, 292.04 (record) 291.99 (measured) feet; Thence South 89 degrees, 54 minutes, 55 seconds (record) South 89 degrees 56 minutes 51 seconds (measured) West, 153.67 feet; Thence North 00 degrees 00 minutes 00 seconds East parallel with and 352.67 feet East of the West line of said Section 11,292.05 (record) 291.95 (measured) feet to the POINT OF BEGINNING.

Said Deed of Trust held by Defendants is wholly unsupported by equity and must be treated as an allowed general unsecured claim which will be subject to payment and discharge in accordance with any Chapter Plan of Reorganization that is confirmed in the Debtor's case.

**IT IS FURTHER ORDERED** that upon completion of payments under the Chapter 11 Plan, and entry of Discharge, Defendants and Stearns shall immediately release its lien on the

QB\12.3357.00005\18185749.2

1 Property described herein, and deliver the Release and Reconveyance documents to the attorney

2 for Debtor within twenty (20) days of the date of entry of the Chapter 11 Discharge.

3    **IT IS FURTHER ORDERED** that in the even that the Debtor converts this case to a case

4 under Chapter 7 or this Chapter 11 case is dismissed, Stearns' lien shall be reinstated

5 automatically, without further order of the Court.

6    **IT IS SO STIPULATED** that any hearings scheduled in this matter are vacated, and that

7 the Debtor shall immediately seek dismissal of the above-captioned adversary case, without

8 prejudice.

9    **DATED** this 3rd day of October, 2012.

10                    **CAMPBELL & COOMBS, P.C.**

11

12        By  */s/ Nicole Smith (029316)*
                Nicole Smith
13              Attorney for Plaintiff/Debtor

14        **QUARLES & BRADY LLP**

15

16        By  */s/ Walter J. Ashbrook (026733)*
                Walter J. Ashbrook
17              *Attorney for Stearns Bank, N.A.*

18

19

20

21

22

23

24

25

26